# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D17-4847

—————————————————

STEFAN ARMSTRONG,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

—————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

January 25, 2019

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Stefan Armstrong, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Respondent.